UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL GIOIOSA,<br><br>        Plaintiff<br><br>v.<br><br>PAROLE PARDONS APPLICATION,<br><br>        Defendants | Case No.: 3:23-cv-00058-MMD-CSD<br><br>**Report & Recommendation of**<br>**United States Magistrate Judge**<br><br>Re: ECF Nos. 1-1, 4 |

  This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

  Plaintiff is an inmate in the custody of the Nevada Department of Corrections (NDOC). He filed a document with the court stating he is a convicted felon, and he hired the Clark County interpreter for information to register himself as a felon. However, Plaintiff cannot submit address listings, and he is supposed to be getting paroled back into the community. He appears to ask the court to contact NDOC and/or the Department of Parole and Probation on his behalf to help him register as a felon. (ECF No. 1-1.)

  On February 14, 2023, the court issued an order advising Plaintiff that if it was his intent to seek the court's assistance in contacting NDOC or Parole and Probation to register him as a felon, that is not the court's function and Plaintiff must reach out to NDOC or Parole and Probation on his own. If, on the other hand, it is Plaintiff's intention to file a civil lawsuit, he was advised that a civil action is commenced by filing a complaint with the court. Plaintiff was instructed that if he intended to file a civil lawsuit he must pay the $402 filing fee or if unable, he must file an application to proceed *in forma pauperis* (IFP). Plaintiff was given 21 days to pay

the filing fee or file a completed IFP application, and file his complaint. He was cautioned that a failure to do so would result in dismissal of this action. (ECF No. 3.)

Plaintiff timely filed a completed IFP application (ECF Nos. 4, 4-1), but he did not file a complaint. Therefore, this action should be dismissed for failing to comply with the court's order.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action and **DENYING** the IFP application (ECF No. 4) as moot.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: August 2, 2023

_____
Craig S. Denney
United States Magistrate Judge